UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BRIAN KEITH MILSTEAD,           )
                                )
    Plaintiff,                  )
                                )
        v.                      )   NO. 1:12-0019
                                )   Judge Campbell/Bryant
RHONDA D. HOLLY, et al.,        )   Jury Demand
                                )
    Defendants.                 )

**O R D E R**

The undersigned Magistrate Judge received in the mail on April 9, 2012, a handwritten note from plaintiff Milstead inquiring about what is going on in his case. The Clerk is directed to file a copy of this handwritten note in the Court record.

The undersigned Magistrate Judge construes plaintiff Milstead's handwritten note to be a motion to ascertain status of the case. In view of the scheduling order (Docket Entry No. 30) entered on April 13, 2012, and mailed to plaintiff Milstead by the Clerk (Docket Entry No. 32), the Court **DENIES** plaintiff Milstead's motion to ascertain status as moot.

Plaintiff is instructed that in the future he should refrain from communicating with the Court by means of letters. Instead, he may file motions requesting any relief he seeks pursuant to the Federal Rules of Civil Procedure, and serve copies of such motions upon the other parties to this action.

It is so **ORDERED**.

                                    s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge