UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

```
BRIAN KEITH MILSTEAD,          )
                               )
     Plaintiff,                )
                               )
          v.                   )   NO. 1:12-0019
                               )   Judge Campbell/Bryant
RHONDA D. HOLLY, et al.,       )   Jury Demand
                               )
     Defendants.               )
```

### **O R D E R**

Defendants have filed their motion to compel (Docket Entry No. 43) seeking an order requiring plaintiff Milstead to serve responses to interrogatories and requests for production of documents served on April 23, 2012. According to this motion, plaintiff has failed to serve responses to this written discovery, and the time within which he was obligated to do so has expired.

Plaintiff has failed to respond in opposition to defendants' motion.

In the absence of any response in opposition, defendants' motion to compel is GRANTED. Plaintiff Milstead shall serve responses to the subject interrogatories and requests for production of documents on or before **September 24, 2012.**

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge