```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
                    COLUMBIA DIVISION
```

BRIAN KEITH MILSTEAD,           )
                                )
    Plaintiff,                  )
                                )
              v.              )   NO.  1:12-0019
                                )   Judge Campbell/Bryant
RHONDA D. HOLLY, et al.,        )   Jury Demand
                                )
    Defendants.                 )

## **O R D E R**

Defendants have filed their "Motion To Stay Dispositive Motion Deadline" (Docket Entry No. 47). As grounds, defendants state that plaintiff Milstead has failed to serve timely responses to certain written discovery served upon him, and that this failure has materially hindered defendants in completing discovery and filing dispositive motions by the present deadline of September 12, 2012. Defendants seek an indefinite stay of the dispositive motion filing deadline at least until plaintiff has responded to current outstanding discovery.

The undersigned has recently granted defendants' motion to compel discovery and has ordered plaintiff to serve responses to outstanding written discovery on or before September 24, 2012. Given this action, the Court is unwilling to stay the deadline for filing dispositive motions and, therefore, defendants' motion for stay is DENIED. Nevertheless, the Court finds that an extension of the deadline for filing dispositive motions is appropriate. Accordingly, the deadline for filing a dispositive motion is

EXTENDED to and including **Wednesday, October 24, 2012**. A response shall be filed within 28 days of the filing of the motion, and, in any event by **November 21, 2012**. A reply, limited to 5 pages, may be filed within 14 days of the filing of the response and, in any event, by **December 5, 2012**.

The deadline for completion of discovery is extended to **October 10, 2012.**

In consideration of the foregoing revisions of pretrial deadlines, the Clerk is directed to TERMINATE defendants' motion to amend scheduling order (Docket Entry No. 45) as moot.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge
