UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRIAN KEITH MILSTEAD, )<br>)<br>    Plaintiff, )<br>)<br>             v. )<br>)<br>RHONDA D. HOLLY, et al., )<br>)<br>    Defendants. ) | NO. 1:12-0019<br>Judge Campbell/Bryant<br>Jury Demand |

### **O R D E R**

Defendants have filed their "Motion To Extend Discovery Deadline" (Docket Entry No. 53), which also includes a request for extension of the deadline for filing a dispositive motion.

This motion is GRANTED.

The scheduling order in this case is REVISED as follows:

1. All discovery shall be completed no later than Monday, November 11, 2012.

2. Any dispositive motion shall be filed by **Monday, December 24, 2012.** A response shall be filed within 28 days following the filing of the motion and, in any event, by **January 21, 2013.** A reply, limited to 5 pages, shall be filed by 14 days following the filing of the response and, in any event, by **February 4, 2013.**

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge