IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRIAN KEITH MILSTEAD ) | |
| ) | |
| v. ) | NO. 1-12-0019 |
| ) | JUDGE CAMPBELL |
| RHONDA D. HOLLY, et al. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 67). Since the filing of the Report and Recommendation, Plaintiff has filed a Notice of Change of Address (Docket No. 69).

Accordingly, the Clerk shall serve a copy of the Report and Recommendation upon Plaintiff at his new address. Plaintiff shall have until January 7, 2013, to file any Objections to the Report and Recommendation.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE