IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BRIAN KEITH MILSTEAD )
)
v. ) NO. 1-12-0019
) JUDGE CAMPBELL
RHONDA D. HOLLY, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 67), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendant Schofield (Docket No. 28) is GRANTED, and Plaintiff's claims against Defendant Schofield are DISMISSED.

This action is referred to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 4).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE