IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BRIAN KEITH MILSTEAD )
)
v. ) NO. 1-12-0019
) JUDGE CAMPBELL
RHONDA D. HOLLY, et al. )

ORDER

Pending before the Court are Defendants' Motion for Continuance (Docket No. 121) and a Report and Recommendation of the Magistrate Judge (Docket No. 122). The Defendants' Motion seeks to continue the current trial date of September 10, 2013.

Plaintiff shall file any Objections to the Report and Recommendation by August 15, 2013. Defendants may file any Response by August 30, 2013.

Defendants' Motion for Continuance (Docket No. 121) is GRANTED, and the jury trial of this action is continued until Tuesday, November 19, 2013, beginning at 9:00 a.m. The pretrial conference, currently set for August 23, 2013, is continued until November 8, 2013, at 9:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference.

Pretrial Deadlines

The parties shall submit to the Court, by November 1, 2013, the following:

(1) proposed jury instructions and verdict forms;

(2) witness lists, except for witnesses solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(3) exhibit lists, except for documents solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(4) any stipulations;

(5) a short summary of their legal theories (no more than one page);

(6) a statement of the issues, including a designation of which issues are for the jury and which are for the Court;

(7) a succinct statement of the relief sought;

(8) a summary of any anticipated evidentiary disputes; and

(9) an estimate of the anticipated length of the trial.

## Motions in Limine and Objections to Experts

By October 25, 2013, the parties shall file any motions in limine and any motions objecting to expert testimony. Any responses to such motions shall be filed by November 1, 2013.

## Discovery

Expert witness disclosures shall be made timely, in accordance with Local Rule 39.01(c)(6)d. Supplement responses to interrogatories, requests for production and requests for admissions shall be made timely in accordance with Local Rules 33.01(c), 34.01 and 36.01. Objections to the use of a deposition at trial shall be made timely in accordance with Local Rules 32.01(b) and 39.01(d)(1). The Court may exclude evidence, or order other sanctions, for violation of a duty or deadline to make or supplement expert witness disclosures or discovery responses.

## Pretrial Conference

Plaintiff and counsel for the Defendants shall be prepared, at the Pretrial Conference, to:

(1) identify and discuss undisputed facts and issues;

(2) discuss the status of discovery;

(3) preview proposed testimony and discuss subpoenas for witnesses;

(4) discuss expert testimony;

(5) preview proposed exhibits;

(6) discuss motions in limine;

(7) discuss proposed jury instructions and verdict forms;

(8) discuss settlement; and

(9) discuss pretrial briefs.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE